No. 76–6295.   VAN MEERBEKE v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 76–6302.   RUFF v. GRAY.   C. A. 7th Cir.   Certiorari denied.

No. 76–6306.   WHEELER v. NEW JERSEY.   Super. Ct. N. J. Certiorari denied.

No. 76–6310.   HIGGINS v. BLOODGOOD ET AL.   C. A. 9th Cir. Certiorari denied.

No. 76–6311.   LODEN v. SYPE, JUDGE, ET AL.   Sup. Ct. Ill. Certiorari denied.

No. 76–6320.   BLOUNT v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 76–6359.   BURKS v. KENTUCKY.   C. A. 6th Cir.   Certiorari denied.

No. 76–6377.   MARRUFO v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 76–6386.   MEDINA v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 76–6404.   CALHOUN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 76–6419.   BOWEN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–6421.   JONES v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 76–6427.   MITCHELL v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 76–6435.   CARTER, AKA BROWN v. UNITED STATES. C. A. 8th Cir.   Certiorari denied.